No. 263. MARONEY, SUCCESSOR TO CLAUDY, WARDEN, *v.* UNITED STATES EX REL. DARCY. C. A. 3d Cir. Certiorari denied. *Robert E. Woodside,* Attorney General of Pennsylvania, *Randolph C. Ryder,* Deputy Attorney General, and *Willard S. Curtin* for petitioner. *Charles J. Margiotti* for respondent.

No. 269. VIRGINIA METAL PRODUCTS CORP. *v.* TAYLOR. C. A. 4th Cir. Certiorari denied. *Leo C. Fennelly* for petitioner. *Donald R. Richberg* and *James H. Michael, Jr.* for respondent.

No. 270. ROUSE *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *R. Palmer Ingram* for petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, *J. Edgar Harvey,* Deputy Attorney General, and *W. Giles Parker,* Assistant Attorney General, for respondent.

No. 275. PUBLIC COMMON STOCKHOLDERS PROTECTIVE COMMITTEE *v.* ARKANSAS NATURAL GAS CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Clarence Fried* for petitioner. *Acting Solicitor General Stern, Roger S. Foster, Myron S. Isaacs* and *Aaron Levy* for the Securities and Exchange Commission; *Robert Burns* and *Joseph L. Weiner* for the Cities Service Company; and *Percival E. Jackson* for the Arkansas Natural Gas Corporation Class A Common Stock Committee, respondents.

No. 276. CLARK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William H. Collins* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.